

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York  14202*    Writer's Telephone:  716/843-5833
                               Writer's fax:  716/551-3196
                               Daniel.moar@usdoj.gov

October 17, 2025

Hon. Meredith A. Vacca
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

    Re:    **De Oliveira v. U.S. Department of Homeland Security**
            **25-cv-92**

Dear Judge Vacca:

    Pursuant to Your Honor's text order (Doc. 6), I conferred with Petitioner's counsel and the parties propose that the Government's response to the pending Motion for Temporary Restraining Order be due on October 24, 2025, and that Petitioner's reply be due on October 28, 2025.

    Your Honor's consideration is greatly appreciated.

               Very truly yours,

               MICHAEL DiGIACOMO
               United States Attorney
               Western District of New York

By:    */s/ Daniel B. Moar*
       DANIEL B. MOAR
       Assistant U.S. Attorney